# EXHIBIT 1

| | |
|---|---|
| **From:** | Troutman, Eric J. |
| **Sent:** | Saturday, July 13, 2019 1:40 AM |
| **To:** | Keith J. Keogh |
| **Cc:** | Delnero, Daniel Lee; Lipscomb, Keshia; Anthony Paronich; Gillett, Brian M. |
| **Subject:** | RE: Lyft/Yodel |

Hi Keith

You contend we called your client without consent. Seems unlikely but we want to investigate. If it turns out your claim has merit then, in theory, whatever issue resulted in improper calls to your client may be impacting class members as well—that is, after all, your entire basis for bringing a class action isn't it?

So if we find a problem, we can solve the problem, no more improper calls to the class. Then again, if there never was a problem because your client never received improper calls we can find that out quickly as well. Not sure why you're being so mysterious here, but it isn't helping anybody.



**Eric J. Troutman**
Partner
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
T  +1 213 689 6510
O  +1 213 624 2500
F  +1 213 623 4581
<u>eric.troutman@squirepb.com</u> | squirepattonboggs.com
*Do Better*: tcpaworld.com

---

**From:** Keith J. Keogh <keith@keoghlaw.com>
**Sent:** Thursday, July 11, 2019 3:45 PM
**To:** Troutman, Eric J. <eric.troutman@squirepb.com>
**Cc:** Delnero, Daniel Lee <daniel.delnero@squirepb.com>; Lipscomb, Keshia <keshia.lipscomb@squirepb.com>; Anthony Paronich <anthony@paronichlaw.com>; Gillett, Brian M. <brian.gillett@squirepb.com>
**Subject:** [EXT] RE: Lyft/Yodel

Eric,

Since your client knows who Plaintiff is, how can you possibly assert you have consent for him or anyone, if you don't know what number you are calling him at?

Yet, if we give Plaintiff's number, will Defendants agree not to make calls to any putative class members as that appears to be what you are saying? If not, please explain how providing Plaintiff's number would stop the calls to the class.

```
Keith J. Keogh
Keogh Law, LTD.
55 W. Monroe St., Ste. 3390
Chicago, Il 60603
312.374.3403 (Direct)
312.726.1092 (Main)
312.726.1093 (Fax)
```

Keith@KeoghLaw.com
www.KeoghLaw.com

**From:** Troutman, Eric J. <eric.troutman@squirepb.com>
**Sent:** Thursday, July 11, 2019 5:21 PM
**To:** Keith J. Keogh <keith@keoghlaw.com>
**Cc:** Delnero, Daniel Lee <daniel.delnero@squirepb.com>; Lipscomb, Keshia <keshia.lipscomb@squirepb.com>; Anthony Paronich <anthony@paronichlaw.com>; Gillett, Brian M. <brian.gillett@squirepb.com>
**Subject:** RE: Lyft/Yodel

Keith

Following up. We ae unable to stop calls to your client or effected members of the class (if any) if we cannot investigate and remediate the issues (if any) here. Please provide the phone number at issue.



**Eric J. Troutman**
Partner
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
T  +1 213 689 6510
O  +1 213 624 2500
F  +1 213 623 4581
eric.troutman@squirepb.com | squirepattonboggs.com
*Do Better*: tcpaworld.com

**From:** Keith J. Keogh <keith@keoghlaw.com>
**Sent:** Friday, July 5, 2019 11:13 AM
**To:** Troutman, Eric J. <eric.troutman@squirepb.com>
**Cc:** Delnero, Daniel Lee <daniel.delnero@squirepb.com>; Lipscomb, Keshia <keshia.lipscomb@squirepb.com>; Anthony Paronich <anthony@paronichlaw.com>; Gillett, Brian M. <brian.gillett@squirepb.com>
**Subject:** [EXT] Re: Lyft/Yodel

Eric

Refusing to agree to a one way exchange of information is bad faith?

Anyway, please follow the court rules and when you ask us to deviate them, don't insult us when we won't agree.

Keith J. Keogh
Keogh Law Ltd.
55 W. Monroe, Ste. 3390
Chicago, Il. 60603
312.726.1092
KeoghLaw.com

Sent from my iPhone

On Jul 5, 2019, at 12:55 PM, Troutman, Eric J. <eric.troutman@squirepb.com> wrote:

> Keith

2

I don't recall you- or any plaintiff in any of the hundreds of similar cases I've handled- refusing to provide a phone number previously. Thats bad faith. My client can't properly respond to the complaint without the number. If you won't provide the number I can only assume the case was filed without probable cause and alert the court and request dismissal.

Sent from Workspace ONE Boxer

On Jul 5, 2019 10:44 AM, "Keith J. Keogh" <keith@keoghlaw.com> wrote:

Eric

As you may recall from other cases, we are willing to engage in informal discovery provided it is reciprocal.

So we will provide plaintiff's number provided you share what information you find regarding the number including the call records when you discover it.

Your response below, just states you may provide a response after formal discovery.

That is fine, but if sharing information won't be reciprocal then you will need to wait until we respond to your formal discovery until we provide the number.

Keith J. Keogh
Keogh Law Ltd.
55 W. Monroe, Ste. 3390
Chicago, Il. 60603
312.726.1092
KeoghLaw.com

Sent from my iPhone

On Jul 5, 2019, at 12:18 PM, Troutman, Eric J. <eric.troutman@squirepb.com> wrote:

> Hope you folks had a nice Fourth. My client would like to look into the claims asserted in this suit. Please provide the numbers as soon as possible. Thank you.
>
> <image001.jpg>
> <image003.png>
>
> **Eric J. Troutman**
> Partner
> Squire Patton Boggs (US) LLP
> 555 South Flower Street, 31st Floor
> Los Angeles, California 90071
> T  +1 213 689 6510
> O  +1 213 624 2500
> F  +1 213 623 4581
> eric.troutman@squirepb.com | squirepattonboggs.com
> *Do Better*: tcpaworld.com
>
> **From:** Troutman, Eric J.
> **Sent:** Tuesday, July 2, 2019 8:39 PM
> **To:** 'Anthony Paronich' <anthony@paronichlaw.com>; keith@keoghlaw.com
> **Cc:** Delnero, Daniel Lee <daniel.delnero@squirepb.com>; Lipscomb, Keshia <keshia.lipscomb@squirepb.com>; Gillett, Brian M. <brian.gillett@squirepb.com>
> **Subject:** RE: [EXT] RE: Lyft/Yodel

This will confirm we have been retained to represent Yodel. We will, of course, share any appropriate and discoverable documents at the proper time as the case proceeds. Please provide the phone numbers so my client can look into the claims asserted in the complaint. Thank you.

&lt;image001.jpg&gt;
&lt;image006.png&gt;

**Eric J. Troutman**
Partner
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
T  +1 213 689 6510
O  +1 213 624 2500
F  +1 213 623 4581
eric.troutman@squirepb.com | squirepattonboggs.com
*Do Better*: tcpaworld.com

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, June 28, 2019 1:27 PM
**To:** Troutman, Eric J. <eric.troutman@squirepb.com>; keith@keoghlaw.com
**Cc:** Delnero, Daniel Lee <daniel.delnero@squirepb.com>
**Subject:** [EXT] RE: Lyft/Yodel

Hey, Eric. Good to connect with you again.

Once you guys get on file with an appearance or can confirm that you've been retained, we'd be happy to send that over as long as you'd agree to share the results of any investigation you engage in using that information.

Anthony

---

**From:** Troutman, Eric J. <eric.troutman@squirepb.com>
**Sent:** Friday, June 28, 2019 3:55 PM
**To:** keith@keoghlaw.com; anthony@paronichlaw.com
**Cc:** Delnero, Daniel Lee <daniel.delnero@squirepb.com>
**Subject:** Lyft/Yodel

Hi fellas

Long time no chat.

Can you shoot me the phone numbers at issue in this new one you guys have going against Yodel and Lyft in Atl? Thanks.

&lt;image001.jpg&gt;
&lt;image005.png&gt;

**Eric J. Troutman**
Partner
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
T  +1 213 689 6510
O  +1 213 624 2500
F  +1 213 623 4581
eric.troutman@squirepb.com | squirepattonboggs.com
*Do Better*: tcpaworld.com

----------------------------------------------------------------------
47 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes EU personal data that is subject to the requirements of the EU General Data Protection Regulation, please see our Privacy Notice regarding the processing of EU personal data about clients and other business contacts pursuant to the GDPR at [www.squirepattonboggs.com](http://www.squirepattonboggs.com).

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit [www.squirepattonboggs.com](http://www.squirepattonboggs.com) for more information.

#US
----------------------------------------------------------------------

This email has been scanned for spam and viruses. Click [here](#) to report this email as spam.

This email has been scanned for spam and viruses. Click [here](#) to report this email as spam.

This email has been scanned for spam and viruses. Click [here](#) to report this email as spam.