# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELCINDA PERSON and ROBERT HOSSFELD, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LYFT, INC. and YODEL TECHNOLOGIES, LLC, <br><br> Defendants. | ) ) ) ) ) CIVIL ACTION FILE NO. ) ) 1:19-CV-02914-TWT ) ) ) ) ) ) ) |

## PLAINTIFFS' RESPONSE TO LYFT, INC.'S MOTION FOR EXTENION OF TIME

The Plaintiffs do not oppose Lyft, Inc.'s second request for an extension of time to respond to the Plaintiffs' Complaint. However, the Plaintiff's do not agree that removing the final four digits from the Plaintiffs' telephone number in a publicly filed pleading serves as a basis for Lyft to be unable to respond to the allegations in the Complaint. Furthermore, as Lyft acknowledges, they have had the phone numbers of both Plaintiffs since September 11, 2019.

Dated: September 26, 19

By:  /s/ Anthony I. Paronich
Anthony I. Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400

Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
*Admitted Pro Hac Vice*

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1.C & 7.1.D

Pursuant to L.R. 7.1.D, I certify that this document has been prepared with 14-point, Times New Roman font, approved by the Court in L.R. 5.1.C.

/s/ *Anthony Paronich*
Anthony Paronich

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

/s/ *Anthony I. Paronich*
Anthony I. Paronich

2