IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELCINDA PERSON and ROBERT HOSSFELD, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LYFT, INC. and YODEL TECHNOLOGIES, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)  CIVIL ACTION FILE NO.<br>)<br>)  1:19-CV-02914-TWT<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO YODEL TECHNOLOGIES, LLC'S MOTION TO STRIKE CLASS ALLEGATIONS**

Yodel Technologies, LLC ("Yodel") filed a motion to strike the class allegations in the complaint filed by plaintiffs Elcinda Person and Robert Hossfeld ("Plaintiffs') pursuant to Fed. R. Civ. P. 12(f). Doc. 28. Yodel's motion should be denied as moot.

1.    Yodel filed its motion to strike allegations in the original complaint on September 13, 2019. Doc. 28.

2.    Plaintiffs filed their First Amended Complaint, with revised class allegations, as a matter of course on October 4, 2019 (Doc. 40) in accordance with Fed. R. Civ. P. 15(a)(1)(B).

1

3. Yodel's responsive pleading to the First Amended Complaint is due on October 18, 2019. Fed. R. Civ. P. 15(a)(3).

4. Yodel's motion to strike allegations in the original complaint is now moot in light of the amended complaint. *See Combs v. Aaron's Inc.*, 2014 U.S. Dist. LEXIS 83621, * 6 (M.D. Fla. 2014) ("filing the First Amended Class Action Complaint will render moot . . . Defendant's Motion to Strike, which [is] directed to the original Complaint."), citing *Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that "an amended complaint supersedes an original complaint"); *Renal Treatment Ctrs.-Mid Atlantic, Inc. v. Franklin Chevrolet-Cadillac-Pontiac-GMC*, 2009 U.S. Dist. LEXIS 30975, * (S.D. Ga. 2009) ("By granting RTC's Motion to Amend, the Court implicitly denied the Motion to Strike. The Motion to Strike is therefore now explicitly DENIED AS MOOT.")

5. The Court should deny Yodel's motion to strike class allegations as moot.

                                        PLAINTIFFS,
                                        By his attorneys

                                        */s/ Timothy J. Sostrin*
                                        Keith J. Keogh
                                        Timothy J. Sostrin
                                        Keogh Law, LTD.

55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
Telephone: (312) 726-1092
keith@keoghlaw.com
*Admitted Pro Hac Vice*

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

Steven H. Koval
Georgia Bar No. 428905
3575 Piedmont Road
Building 15, Suite 120
Atlanta, GA  30305
Telephone:  (404) 513-6651
shkoval@aol.com

Andrew Heidarpour
1300 Pennsylvania Ave., NW 190-318
Washington, DC 20004
Telephone: 202-234-2727
aheidarpour@hlfirm.com
*Admitted Pro Hac Vice*

**CERTIFICATE OF COMPLIANCE WITH L.R. 5.1.C & 7.1.D**

Pursuant to L.R. 7.1.D, I certify that this document has been prepared with 14-point, Times New Roman font, approved by the Court in L.R. 5.1.C.

/s/ *Timothy J. Sostrin*
Timothy J. Sostrin

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Timothy J. Sostrin*
Timothy J. Sostrin