IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELCINDA PERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LYFT, INC., et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:19-CV-2914-TWT |

### ORDER

This is an action under the Telephone Consumer Protection Act. It is before the Court on the Defendant's Motion to Stay Discovery [Doc. 39]. The Court will allow the case to proceed in the usual fashion under the Court's Local Rules. The Defendant's Motion to Stay Discovery [Doc. 39] is DENIED.

SO ORDERED, this 25 day of October, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\19\Person\stay.docx