# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELCINDA PERSON and ROBERT HOSSFELD, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LYFT, INC. and YODEL TECHNOLOGIES, LLC, <br><br> Defendants. | ) ) ) ) ) CIVIL ACTION FILE NO. ) ) 1:19-CV-02914-TWT ) ) ) ) ) ) ) |

## Notice of Modification of Automatic Stay

Plaintiffs hereby provide notice that on July 17, 2020 the United States Bankruptcy Court for the Middle District of Florida entered an order modifying the automatic stay in the bankruptcy proceeding initiated by defendant Yodel Technologies, LLC, In re: Yodel Technologies, LLC Case No. 8:20-bk-00540-MGW, upon motion by Elcinda Person, one of the Plaintiffs in this matter.

In particular, the bankruptcy court ordered that "[t]he automatic stay is modified to permit Movant to proceed with litigation and obtain discovery from the Debtor in the Movant's pending case in the U.S. District Court, Northern District of Georgia, being case number: 1:19-cv-02914-TWT. Debtor shall fully cooperate with Movant in obtaining discovery from the Debtor that is relevant to

that action, including the deposition of Debtor's corporate representative and/or employees." See Ex. 1.

Dated:  August 14, 2020

                                            PLAINTIFFS
                                            By their attorneys

                                            <u>/s/ Timothy J. Sostrin</u>
                                            Timothy J. Sostrin
                                            Keith J. Keogh
                                            Keogh Law, LTD.
                                            55 West Monroe Street, Suite 3390
                                            Chicago, Illinois 60603
                                            Telephone: (312) 726-1092
                                            tsostrin@keoghlaw.com
                                            keith@keoghlaw.com
                                            *Admitted Pro Hac Vice*

                                            Anthony I. Paronich
                                            PARONICH LAW, P.C.
                                            350 Lincoln Street, Suite 2400
                                            Hingham, Massachusetts 02043
                                            Telephone: (617) 738-7080
                                            anthony@paronichlaw.com
                                             *Admitted Pro Hac Vice*

                                            Steven H. Koval
                                            Georgia Bar No. 428905
                                            3575 Piedmont Road
                                            Building 15, Suite 120
                                            Atlanta, GA  30305
                                            Telephone:  (404) 513-6651
                                            shkoval@aol.com

>Andrew Heidarpour
>1300 Pennsylvania Ave., NW 190-318
>Washington, DC 20004
>Telephone: 202-234-2727
>aheidarpour@hlfirm.com
>*Admitted Pro Hac Vice*

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1.C & 7.1.D

Pursuant to L.R. 7.1.D, I certify that this document has been prepared with 14-point, Times New Roman font, approved by the Court in L.R. 5.1.C.

>/s/ *Timothy J. Sostrin*
>Timothy J. Sostrin

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

>*/s/ Timothy J. Sostrin*
>Timothy J. Sostrin